■ In the Matter of HELENA R. DE KENIPP et al., Appellants, v. ROLANDO RODREQUIZ et al., Respondents.— Motion by appellants granted to the extent of dispensing with the printing of the moving papers and answering affidavits on the original motion; the original papers and affidavits to be submitted on the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ In the Matter of LIDO BEACH CIVIC ASSOCIATION, INC., Appellant, v. BOARD OF ZONING APPEALS OF THE TOWN OF HEMPTEAD, Respondent.— Motion by appellant to dispense with the printing of its certificate of incorporation, granted on consent; six copies to be submitted on the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ (A) FREDERICK W. KESSLER, Respondent, v. ROBERT E. HUNTER, JR., et al., Appellants, et al., Defendants. (B) NICOLA MANENTE, Respondent, v. SORECON CORPORATION, Appellant, and EAST COAST HOUSING CORPORATION, Respondent.— [In each action] Motion by appellants for a stay of trial, pending appeal, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, J.J., concur.

■ ROSLYN LEIBER, Respondent, v. LOUIS ROSEFIELDE, Appellant.— Motion by appellant for a stay, pending appeal, granted to the extent of staying payment of counsel fee, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; otherwise denied; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ VICTOR PRODUCTS CORPORATION, Respondent, v. SELMIX DISPENSERS, INC., Appellant.— Motion by appellant for a stay of its examination before trial, pending appeal, granted. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

## (May 25, 1961)

■ ACE UTILITIES, INC., Respondent, v. NATHAN R. CARB, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Appellant's brief must be served and filed on or before August 10, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ JOHANNA BOGART, Also Known as JOHANNA BAUMGARTEN, Also Known as GIOVANNA LENIOWER, Also Known as JENTE KORN, Respondent, v. PETER D. BOGART, Appellant.— Motion by appellant for a stay of execution of warrant of arrest, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Motion by appellant to direct the court stenographer of the Domestic Relations Court of the City of New York to furnish him with a transcript of minutes, denied without prejudice to such an application in said court or at a Special Term of the Supreme Court, as appellant may be advised. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.